JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST CALHOON,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>CITY OF LAGUNA BEACH, et al.,<br><br>　　　　　Defendant(s). | Case No. CV 17-02073-RGK (GJSx)<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

On July 21, 2017, the Court issued an Order to Show Cause ("OSC") re Dismissal for Lack of Prosecution because there had been no proof of timely service of the summons and complaint filed as to any of the named defendants. The last day to timely serve the summons and complaint was June 13, 2017. A response to the OSC was due on or before August 4, 2017. On August 7, 2017, plaintiff filed proofs of service as to defendants City of Laguna Beach and City of Laguna Beach Police Department. The proofs of service indicate that service was made on August 7, 2017. The Court finds no good cause for the untimely service of the summons and complaint on defendants, therefore, the matter is ordered dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated:　AUG 0 9 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　	　　　　　　　UNITED STATES DISTRICT JUDGE